UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                     Case No. 3:23-cr-54

vs.

TERRANCE D. BAKER,                           District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 30); (2) GRANTING THE PARTIES' JOINT MOTION TO CHANGE PLEA (Doc. No. 25); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

      This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 30), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 25) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with possessing a firearm, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

  October 2, 2023                                        s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge