UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                      Case No. 3:23-cr-54

vs.

TERRANCE D BAKER,                    District Judge Michael J. Newman

    Defendant.

___

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RECONSIDER HIS DETENTION ORDER (Doc. No. 32) SO THAT HE MAY ANSWER TO HIS PAROLE VIOLATION CHARGES IN STATE COURT**

___

Defendant is currently detained pre-trial. Now before the Court is Defendant's motion to reconsider his detention order. Doc. No. 32. The motion was brought for the limited purpose of permitting Defendant to be transferred to state court where he faces a parole violation hearing.

Having fully and carefully considered the motion and heard from counsel for both sides in a telephone status conference on October 11, 2023, the Court finds the unopposed motion supported by good cause. Accordingly, the motion is **GRANTED**. The Court will issue a detainer today so that Defendant will be immediately returned to federal court upon completion of his state court parole violation proceedings.

Defendant shall remain in pre-trial detention at all times—whether in federal or state custody—and shall not be released. This Order does not authorize the release of Defendant under any circumstances.

    **IT IS SO ORDERED.**

October 12, 2023                                                          s/Michael J. Newman
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge